UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Gilberto Cruz-Vasquez,<br><br>　　　　　　　　Defendant. | CASE NO. 08CR1585-LAB<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) of: _8:1325 - Illegal Entry (Misdemeanor)_ _(1); 8:1325 - Illegal Entry (Felony)(2)_

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/25/08

_/s/ Larry A. Burns_
Larry Alan Burns
UNITED STATES DISTRICT JUDGE


ENTERED ON _____