UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Gilberto Cruz-Vasquez,<br><br>　　　　　　Defendant. | CASE NO. 08CR1585-LAB<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: _8:1325 - Illegal Entry (Misdemeanor) (1); 8:1325 - Illegal Entry (Felony) (2)_

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/25/08

　　　　　　　　　　　　　　　　　　　　　　_Larry A. Burns_
　　　　　　　　　　　　　　　　　　　　　　Larry Alan Burns
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

I have executed within _Judgment of dismissal_
Judgement and Commitment on _8/28/08_
　　　　United States Marshal
By: _KD Carson_
　　　USMS Criminal Section

ENTERED ON _____